## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| TEVIN COLLINS, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:24-cv-443 |
| | ) | |
| DEPUTY TRAVIS STARKS | ) | |
| Individually, | ) | |
| | ) | |
| **Defendant.** | ) | |

## PETITION FOR REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1343, 1441, and 1446, Defendant Travis Starks hereby gives notice of removal of this action from the Circuit Court of Marengo County, Alabama to the United States District Court for the Southern District of Alabama, Northern Division.  As grounds, Defendant states as follows:

### Commencement of the Case

This action was commenced on October 24, 2024, with the filing of the Summons and Complaint in Civil Action No. 48-CV-2024-900097.00 in the Circuit of Marengo County, Alabama.  A copy of the Complaint is attached (along with all other state court pleadings, motions, orders, and other papers) as Exhibit A.  A copy of the SJIS report is attached as Exhibit B.

Defendant was served with a copy of the Summons and Complaint on October 31, 2024. (Exhibit A, Doc. #5)

1

### Jurisdictional Statement

This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1331. Federal question jurisdiction exists because Plaintiff asserts a constitutional claim pursuant to 42 U.S.C. § 1983 due to an alleged illegal entry and search of his home by Defendant Deputy Sheriff Starks in violation of the Fourth Amendment. (Exhibit A, Doc. # 2)

### Timeliness of Removal

This action has been timely removed, having been removed within 30 days of the service of the Complaint filed by Plaintiff. 28 U.S.C. § 1446(b).

### Removal to Southern District of Alabama, Northern Division

Pursuant to 28 U.S.C. § 1441(a), this action is being removed to this Court, which embraces the place where the action is pending in state court.

### Attachment of State Court Pleadings and Records

Pursuant to 28 U.S.C. § 1446(a), clear and legible copies of all process, pleadings, motions, orders, proceedings, and other papers filed in the Circuit Court of Marengo County, Alabama, and served on Defendant in this action are attached at Exhibit A.

### Notice to State Court

Contemporaneously with the filing of this notice of removal in this Court, and in accordance with 28 U.S.C. § 1446(d), written notice of removal is being filed

with the Clerk of the Circuit Court of Marengo County, Alabama, and is being served on Plaintiff's counsel. A copy of same is attached hereto as Exhibit C.

### No Admission by Defendant

No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses, motions, and pleas are expressly reserved.

### Conclusion

For the foregoing reasons, Defendant is entitled to have this cause removed from the Circuit Court of Marengo County, Alabama to the United States District Court for the Southern District of Alabama, Northern Division.

Respectfully submitted this 27th day of November, 2024.

**s/Constance Caldwell Walker**
CONSTANCE CALDWELL WALKER
(ASB-5510-L66C)
Attorney for Defendant Travis Starks

**OF COUNSEL:**

**WEBB MCNEILL WALKER, PC**
One Commerce Street, Suite 700
Montgomery, Alabama 36104
(334) 262-1850
cwalker@wmwfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of November 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participants:

Terrell E. McCants
Civil Rights Law Group, LLC
PO Box 170092
Birmingham, AL 35217
tmccants@thecivilrightslawgroup.com

**<u>s/Constance Caldwell Walker</u>**
OF COUNSEL

# EXHIBIT A

ELECTRONICALLY FILED
10/24/2024 3:57 PM
48-CV-2024-900097.00
CIRCUIT COURT OF
MARENGO COUNTY, ALABAMA
KENNY FREEMAN, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>48<br><br>Date of Filing:<br>10/24/2024 | Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA**
**TEVIN COLLINS v. TRAVIS STARKS**

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other    **First Defendant:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☑ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING      A ☐ APPEAL FROM DISTRICT COURT      O ☐ OTHER
R ☐ REMANDED      T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO      **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
MCC176        10/24/2024 3:57:05 PM        /s/ TERRELL E. MCCANTS ESQ.
Date        Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**        ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**        ☐ YES ☑ NO

DOCUMENT 2

**IN THE CIRCUIT COURT OF MARENGO**

ELECTRONICALLY FILED
10/24/2024 3:57 PM
48-CV-2024-900097.00
CIRCUIT COURT OF
MARENGO COUNTY, ALABAMA
KENNY FREEMAN, CLERK

| | |
|---|---|
| **TEVIN COLLINS** | ) |
| **Plaintiff.** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **DEPUTY TRAVIS STARKS** | ) |
| | ) |
| **Individually,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

**Case No.:**

**COMPLAINT**

## I. JURISDICTION

1.      The jurisdiction of this court is invoked pursuant to the Fourth Amendment of the United States Constitution. This is an action brought pursuant to 42 U.S.C. Section 1983, et seq. to recover civil damages arising from the violations of the and Fourth Amendment to the U.S. Constitution. The jurisdiction for the Fourth Amendment action arise from plaintiff's facts of unlawful search.

.

## II. PARTIES

2.      Plaintiff, Tevin Collins, is a citizen of the State of Alabama and brings this lawsuit on behalf of himself.

3.      The defendant, as stated in the caption of the complaint, was at all relevant times, a legal person within state of Alabama. He was a state actor during the course

of this incident as more particularly described below, in that they used the power of the state to illegally enter and search the dwelling place of Tevin Collins as he was employed by the Marengo County Sheriff Department.

## III.  FACTS OF THE CASE

4.     On July 5, 2024, Collins was sitting in his apartment located in Marengo County, Alabama.

5.     Defendant Starks entered Collins's apartment without consent or a warrant.

6.     Starks began searching Collins's apartment.

7.     After he had already entered and began searching Collins's apartment without consent or a warrant, he called to get a warrant.

8.     Starks allegedly received a warrant and continued to search the apartment.

9.     He eventually arrested Collins charging him with child endangerment, possession of marijuana, and possession of drug paraphernalia.

10.     Because of Starks's illegal entry into the apartment, the charges against Collins were dismissed.


## IV. PLAINTIFF'S CLAIM AGAINST STARKS FOR UNREASONABLE HOME ENTRY AND SEARCH

11.     Plaintiff alleges the above facts the same as if set out herein.

12.     Plaintiff alleges that Starks entered his home without consent, a warrant, or exigent circumstances.

13.     Starks conducted an illegal search of his private residence.

14.     Plaintiff suffered damages because of this violation of his constitutional rights.


WHEREFORE, plaintiff demands judgment for compensatory and punitive damages under Section 1983, in an amount to be determined, for some or all of the

constitutional violations committed by the above-named officer as heretofore
described above. Plaintiff alleges that because of the above he suffered humiliation
and shame and mental distress.

/s/ Terrell E. McCants
Terrell E. McCants ASB-2299-L68M
MCC176

Civil Rights Law Group, LLC,
PO Box 170092
Birmingham, AL  35217
e-mail: tmccants@thecivilrightslawgroup.com
205-771-4999



AlaFile E-Notice

48-CV-2024-900097.00

To:  TERRELL E. MCCANTS ESQ.
     tmccants@thecivilrightslawgroup.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

TEVIN COLLINS V. TRAVIS STARKS
48-CV-2024-900097.00

The following complaint was FILED on 10/24/2024 3:57:06 PM

Notice Date:    10/24/2024 3:57:06 PM

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov



AlaFile E-Notice

48-CV-2024-900097.00

To:  TRAVIS STARKS
     101 DUNN STREET
     LINDEN, AL, 36748

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

TEVIN COLLINS V. TRAVIS STARKS
48-CV-2024-900097.00

The following complaint was FILED on 10/24/2024 3:57:06 PM

Notice Date:     10/24/2024 3:57:06 PM

Service by sheriff in 48 - MARENGO County

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>48-CV-2024-900097.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA**
**TEVIN COLLINS V. TRAVIS STARKS**

**NOTICE TO:** TRAVIS STARKS, 101 DUNN STREET, LINDEN, AL 36748

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), TERRELL E. MCCANTS ESQ. ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO Box 170092, Birmingham, AL 35217 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 10/24/2024 | /s/ KENNY FREEMAN | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*

☐ Return receipt of certified mail received in this office on .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
in County, Alabama on .

*(First and Last Name of Person Served)*      *(Name of County)*      *(Date)*

Document left:

     ☐ with above-named Defendant;

     ☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

     ☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by
in County, Alabama on who is:

*(First and Last Name of Person Served)*      *(Name of County)*      *(Date)*

     ☐ the above-named Defendant;

     ☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>48-CV-2024-900097.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA
## TEVIN COLLINS V. TRAVIS STARKS

**NOTICE TO:** TRAVIS STARKS, 101 DUNN STREET, LINDEN, AL 36748

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), TERRELL E. MCCANTS ESQ.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO Box 170092, Birmingham, AL 35217

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

| 10/24/2024 | /s/ KENNY FREEMAN | By: MF |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

[ ] Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

[ ] Return receipt of certified mail received in this office on

*(Date)*

*Personal/Authorized*

[ ] I certify that I personally delivered a copy of this Summons and the Complaint or other document to

*Travis Starks* in *Marengo* County, Alabama on *10/81/24*

*(First and Last Name of Person Served)*   *(Name of County)*   *(Date)*

Document left:

[ ] with above-named Defendant;

[ ] with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[X] at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

[ ] I certify that service of process of this Summons and the Complaint or other document was refused by

in                     County, Alabama on                     who is:

*(First and Last Name of Person Served)*   *(Name of County)*   *(Date)*

[ ] the above-named Defendant;

[ ] an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[ ] As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | Dorothy Richardson<br>*(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | **Service Return Copy** |



AlaFile E-Notice

48-CV-2024-900097.00

Judge: HON. EDDIE HARDAWAY

To:  MCCANTS TERRELL EUGENE
    tmccants@thecivilrightslawgroup.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

TEVIN COLLINS V. TRAVIS STARKS
48-CV-2024-900097.00

The following matter was served on 10/31/2024

D001 STARKS TRAVIS

Corresponding To

PROCESS SERVED

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov

# EXHIBIT B

**ALABAMA SJIS CASE DETAIL**



PREPARED FOR: JAMIE KIDD
11/20/2024 7:50:09 AM

County: **48**    Case Number: **CV-2024-900097.00**    Court Action:
Style: **TEVIN COLLINS V. TRAVIS STARKS**

**Real Time**

## Case

### Case Information

| | | |
|---|---|---|
| County: **48-MARENGO** | Case Number: **CV-2024-900097.00** | Judge: **-EH:HON. EDDIE HARDAWAY** |
| Style: **TEVIN COLLINS V. TRAVIS STARKS** | | |
| Filed: **10/24/2024** | Case Status: **ACTIVE** | Case Type: **CIVIL RIGHTS** |
| Trial Type: **BENCH** | Track: | Appellate Case: **0** |
| No of Plaintiffs: **1** | No of Defendants: **1** | |

### Damages

| | | |
|---|---|---|
| Damage Amt: 0.00 | Punitive Damages: **0.00** | General Damages: **0.00** |
| No Damages: | Compensatory Damages: **0.00** | |
| Pay To: | Payment Frequency: | Cost Paid By: |

### Court Action

| | | |
|---|---|---|
| Court Action Code: | Court Action Desc: | Court Action Date: |
| Num of Trial days: **0** | Num of Liens: **0** | Judgment For: |
| Disposition Date of Appeal: | Disposition Judge: : | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: **10/28/2024** | Updated By: **DER** |

## Settings

### Settings

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 3 | 02/19/2025 | 002 | 01:00 PM | PTRC - PRETRIAL CONFERENCE |

## Parties

**Party 1 - Plaintiff INDIVIDUAL - COLLINS TEVIN**

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | **C001-Plaintiff** | Name: | **COLLINS TEVIN** | Type: | **I-INDIVIDUAL** |
| Index: | **D STARKS TRAVI** | Alt Name: | | Hardship: **No** | JID: **-EH** |
| Address 1: | **420 NORTH 20TH STREET** | | | Phone: | **(205) 771-4022** |
| Address 2: | **SUITE 2200** | | | | |
| City: | **BIRMINGHAM** | State: | **AL** | Zip: **35203-0000** | Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | Race: |

## Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: **$0.00** | Date Satisfied: | |
| Comment: | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | Status Description: | |

## Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: | |
| Return: | Return Type: | Return: | Return Type: | |
| Served: | Service Type | Service On: | Served By: | Notice of No Answer: |
| Answer: | Answer Type: | Notice of No Service: | | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | MCC176 | | MCCANTS TERRELL EUGENE | TMCCANTS@ THECIVILRIGHTSLAWGROUP. COM | (205) 771-4999 |

### Party 2 - Defendant INDIVIDUAL - STARKS TRAVIS

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | **D001-Defendant** | Name: | **STARKS TRAVIS** | Type: | **I-INDIVIDUAL** |
| Index: | **C COLLINS TEVI** | Alt Name: | | Hardship: **No** | JID: **-EH** |
| Address 1: | **101 DUNN STREET** | | | Phone: | **(334) 000-0000** |
| Address 2: | | | | | |
| City: | **LINDEN** | State: | **AL** | Zip: **36748-0000** | Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | Race: |

## Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: **$0.00** | Date Satisfied: | |
| Comment: | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | Status Description: | |

## Service Information

| | | | | |
|---|---|---|---|---|
| Issued: **10/24/2024** | Issued Type: **S-SHERIFF** | Reissue: | Reissue Type: | |
| Return: | Return Type: | Return: | Return Type: | |
| Served: **10/31/2024** | Service Type **V-PROCESS SERVER** | Service On: | Served By: | Notice of No Answer: |
| Answer: | Answer Type: | Notice of No Service: | | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | CONV - CONV FEE | C001 | | $14.24 | $14.24 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 - CV OVER $50K | C001 | | $301.00 | $301.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | SHER - SHER SVC | C001 | | $10.00 | $10.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM - VADM FEE | C001 | | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $370.24 | $370.24 | $0.00 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30/2024 | CREDIT | CONV - CONV FEE | 2025020 | 14161800 | $14.24 | C001 | 000 | Cash | N | | | MEF |
| 10/30/2024 | RECEIPT | CV05 - CV OVER $50K | 2025020 | 14161900 | $301.00 | C001 | 000 | Credit Card | N | | | MEF |
| 10/30/2024 | RECEIPT | SHER - SHER SVC | 2025020 | 14162000 | $10.00 | C001 | 000 | Credit Card | N | | | MEF |
| 10/30/2024 | RECEIPT | VADM - VADM FEE | 2025020 | 14162100 | $45.00 | C001 | 000 | Credit Card | N | | | MEF |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 10/24/2024 | 3:57 PM | ECOMP | COMPLAINT E-FILED. | MCC176 |
| 10/24/2024 | 3:57 PM | FILE | FILED THIS DATE: 10/24/2024          (AV01) | AJA |
| 10/24/2024 | 3:57 PM | EORD | E-ORDER FLAG SET TO "Y"          (AV01) | AJA |
| 10/24/2024 | 3:57 PM | ASSJ | ASSIGNED TO JUDGE: EDDIE HARDAWAY          (AV01) | AJA |
| 10/24/2024 | 3:57 PM | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | AJA |
| 10/24/2024 | 3:57 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED          (AV01) | AJA |
| 10/24/2024 | 3:57 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | AJA |
| 10/24/2024 | 3:57 PM | ORIG | ORIGIN: INITIAL FILING          (AV01) | AJA |
| 10/24/2024 | 3:57 PM | C001 | C001 PARTY ADDED: COLLINS TEVIN          (AV02) | AJA |
| 10/24/2024 | 3:57 PM | C001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 10/24/2024 | 3:57 PM | C001 | LISTED AS ATTORNEY FOR C001: MCCANTS TERRELL EUGE | AJA |
| 10/24/2024 | 3:57 PM | C001 | C001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 10/24/2024 | 3:57 PM | D001 | D001 PARTY ADDED: STARKS TRAVIS          (AV02) | AJA |
| 10/24/2024 | 3:57 PM | D001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 10/24/2024 | 3:57 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE          (AV02) | AJA |
| 10/24/2024 | 3:57 PM | D001 | SHERIFF ISSUED: 10/24/2024 TO D001          (AV02) | AJA |
| 10/24/2024 | 3:57 PM | D001 | D001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 10/28/2024 | 9:17 AM | DAT3 | FOR: PRETRIAL CONFERENCE  ON 02/19/2025 @ 0100P | DER |
| 11/5/2024 | 8:31 AM | D001 | SERVICE OF PROCESS SERVE ON 10/31/2024 FOR D001 | MEF |
| 11/5/2024 | 8:32 AM | ESERC | SERVICE RETURN | MEF |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 10/24/2024 3:57:06 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 10/24/2024 3:57:07 PM | 2 | COMPLAINT | | 3 |
| 10/24/2024 3:58:01 PM | 3 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |

| 10/24/2024 3:58:02 PM | 4 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
|---|---|---|---|---|
| 11/5/2024 8:32:30 AM | 5 | SERVICE RETURN | SERVICE RETURN | 1 |
| 11/5/2024 8:32:34 AM | 6 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |

**END OF THE REPORT**

# EXHIBIT C

**IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA**

| | |
|---|---|
| **TEVIN COLLINS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )       **CV-2024-900097.00** |
| | ) |
| **DEPUTY TRAVIS STARKS** | ) |
| **Individually,** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that a Notice of Removal of the above-styled action from the Circuit Court of Marengo County, Alabama to the United States District Court for the Southern District of Alabama, Northern Division, a copy of which is attached hereto, was duly filed on November 27, 2024, in the office of the Clerk of the United States District Court for the Southern District of Alabama, Northern Division.

Respectfully submitted this 27th day of November 2024.

s/CONSTANCE CALDWELL WALKER
CONSTANCE CALDWELL WALKER (WAL114)
Attorney for Defendant Deputy Travis Starks
WEBB MCNEILL WALKER PC
One Commerce Street, Suite 700 (36104)
Post Office Box 238
Montgomery, Alabama 36101
(334) 262-1850 T
(334) 262-1889 F
cwalker@wmwfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2024, I electronically filed the foregoing with the Clerk of the Court using the Alafile system which will send notification of such filing to the following:

Terrell E. McCants
Civil Rights Law Group, LLC
PO Box 170092
Birmingham, AL 35217
tmccants@thecivilrightslawgroup.com


**s/Constance Caldwell Walker**
OF COUNSEL